IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-32336-H1 |
| Henry Lee Ford, Jr. | |
| | CHAPTER 13 |
| DEBTOR | |

## NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

    Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2013 and ending November 2014.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 12/02/2013 | 0596526 | CITIMORTGAGE INC | $731.70 |
| 12/13/2013 | 131276664 | CITIMORTGAGE INC | ($731.70) |
| 12/16/2013 | 131276664 | CITIMORTGAGE INC | $731.70 |
| 12/16/2013 | 131276664 | CITIMORTGAGE INC | ($731.70) |
| 01/02/2014 | 0599284 | CARRINGTON MORTGAGE SERVICES | $1,463.40 |
| 02/03/2014 | 0602206 | CARRINGTON MORTGAGE SERVICES | $731.70 |
| 04/01/2014 | 0608106 | CARRINGTON MORTGAGE SERVICES | $1,463.40 |
| 05/01/2014 | 0610951 | CARRINGTON MORTGAGE SERVICES | $731.70 |
| 06/02/2014 | 0613851 | CARRINGTON MORTGAGE SERVICES | $731.70 |
| 07/01/2014 | 0616677 | CARRINGTON MORTGAGE SERVICES | $731.70 |
| 08/01/2014 | 0621120 | SELENE FINANCE, LP | $731.70 |
| 09/02/2014 | 0623818 | SELENE FINANCE, LP | $731.70 |
| 10/01/2014 | 0626579 | SELENE FINANCE, LP | $731.70 |
| 11/03/2014 | 0629415 | SELENE FINANCE, LP | $731.70 |

**RESPECTFULLY SUBMITTED,**

/s/David G. Peake
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on December 05, 2014, either electronically or via BNC or U.S. First Class Mail.

| | |
|---|---|
| Henry Lee Ford, Jr.<br>5410 Thistle Drive<br>Dickinson, TX  77539 | GUZMAN LAW FIRM<br>ELOISE A GUZMAN<br>8225 GULF FREEWAY<br>HOUSTON,  TX  77017 |
| | SELENE FINANCE, LP<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 71243<br>PHILADELPHIA, PA  19176 |

/s/David G. Peake
_____
David G. Peake, Trustee